

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-14-00715-CV

**TK HANKS LP** and Paloma Capital LLC,
Appellants

v.

**ENERFIN FIELD SERVICES LLC**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 11-07-00120-CVL
Honorable Stella Saxon, Judge Presiding

## O R D E R

On January 9, 2015, the appellee filed an unopposed motion to abate this appeal stating that the parties have reached an agreement settling this matter but they need time to prepare the documents related to their agreement. The motion further states that the parties anticipate filing documents in this court seeking final disposition of this appeal. The motion is GRANTED, and this appeal is ABATED. All appellate deadlines are suspended until further order of this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court